UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLOTTE ELAINE WHINESANT,

    Plaintiff,

v.                                           CASE NO.: 8:09-cv-931-T-23TBM

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.
_____/

## **ORDER**

On April 27, 2010, United States Magistrate Judge Thomas B. McCoun, III, issued a report that recommends affirming the Commissioner's decision in this action. More than seventeen days has passed and neither the plaintiff nor the Commissioner files an objection. Accordingly, the report and recommendation (Doc. 21) is **ADOPTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on May 20, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE